UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-9609-MWF(FFMx)**                                             Dated: **May 20, 2016**

Title:        Yoshua Jimenez -*v*- City of Inglewood, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                    None Present
    Relief Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):             COURT ORDER

     In light of the Notice of Settlement filed May 19, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 18, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                                Initials of Deputy Clerk    cw
CIVIL - GEN