JS - 6

UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - UNITED STATES COURTHOUSE

| | |
|---|---|
| YOSHUA JIMENEZ, AN INDIVIDUAL,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>CITY OF INGLEWOOD, a municipal entity; OFFICER SALMAN NAZIR, an individual; OFFICER RANDY RODRIGUEZ; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 2:14-CV-09609-MWF (FFMx)**<br><br>**Honorable Michael W. Fitzgerald Courtroom 1600**<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

Based upon the Stipulation of Dismissal filed on June 28, 2016 by all appearing parties, and pursuant to Federal Rules of Civil Procedure Rule 41, the above-reference matter is hereby DISMISSED, with prejudice.

**IT IS SO ORDERED**:

DATED: June 28, 2016

_____
Honorable Michael W. Fitzgerald
United States District Court Judge